# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN HEARD,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 08-5494 |
| | : | |
| **ST. LUKE'S HOSPITAL,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 28th day of September, 2009, upon consideration of the defendant's motion to dismiss (Document #9), the plaintiff's response thereto (Document #13), and the defendant's reply (Document #14), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.