# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN HEARD,         :    CIVIL ACTION
    Plaintiff    :
                 :
  v.                :    NO. 08-5494
                 :
ST. LUKE'S HOSPITAL, :
    Defendant    :

## O R D E R

**AND NOW,** this 21st day of June, 2010, upon consideration of the defendant's motion for attorney's fees and costs (Document #20), the response of the plaintiff thereto (Document #23), and the reply of the defendant (Document #27), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

                                          BY THE COURT:

                                          /s/ Lawrence F. Stengel
                                          LAWRENCE F. STENGEL, J.